**Case No. 21-50462**
**In the United States Court of Appeals**
**for the Fifth Circuit**


**UNITED STATES OF AMERICA,**
**Plaintiff – Appellee**


**v.**


**ANGELINA LEATHERWOOD,**
**Defendant - Appellant**.


**APPEAL FROM THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**


**RECORD EXCEPTS OF DEFENDANT-APPELLANT ANGELINA**
**LEATHERWOOD**


ALLEN R. STRODER
STATE BAR NO.: 19407500
6010 HWY. 191, SUITE 230
ODESSA, TX 79762
(432) 368-4446
(432) 368-4287 (FAX)
allenstroder@cableone.net
Attorney for Defendant-Appellant

# TABLE OF CONTENTS

Number      Description                                              Record
Citation

1. DOCKET SHEET ............................................................................ ROA. 1

2. NOTICE OF APPEAL ............................................................ ROA. 45-46

3 INFORMATION ............................................................................ ROA. 29

4. JUDGMENT IN A CRIMINAL CASE ....................................... ROA. 39

5. CERTIFICATE OF SERVICE

# TAB 1

# U.S. District Court [LIVE]
## Western District of Texas (Midland)
## CRIMINAL DOCKET FOR CASE #: 7:20-cr-00115-DC-1

Case title: USA v. Leatherwood
Magistrate judge case number:  7:20-mj-00083-RCG

Date Filed: 07/20/2020

Assigned to: Judge David Counts

Appeals court case number: 21-50462
5th USCA

### Defendant (1)

| | | |
|---|---|---|
| **Angelina Leatherwood** | represented by | **Angelina Leatherwood** |
| | | Reg. #46832-480 |
| | | FCI Aliceville |
| | | P.O. Box 4000 |
| | | Aliceville, AL 35442 |
| | | PRO SE |
| | | |
| | | **Allen R. Stroder** |
| | | Allen R Stroder, Attorney at Law |
| | | 6010 Hwy 191, Suite 230 |
| | | Odessa, TX 79762 |
| | | (432) 550-0473 |
| | | Fax: 432/368-4287 |
| | | Email: allenstroder@cableone.net |
| | | *TERMINATED: 11/04/2020* |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 21:846=CD.F & 21:841(a)(1) - Conspiracy to distribute controlled substance; possession with intent to distribute a controlled substance (methamphetamine). (1) | On October 26, 2020, Defendant was sentenced to 295 months BOP; 5 years supervised release; $0 fine; and $100 special assessment. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| 21:841A=CD.F - POSSESSION WITH INTENT TO DISTRIBUTE ACTUAL METHAMPHETAMINE | |

**Plaintiff**

| | | |
| --- | --- | --- |
| USA | represented by | **James Glenn Harwood** |
| | | U.S. Attorney's Office, Western District of Texas |
| | | 400 West Illinois, Suite 1200 |
| | | Midland, TX 79701 |
| | | 432-686-4110 |
| | | Email: glenn.harwood@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Joseph H. Gay , Jr.** |
| | | Assistant U.S. Attorney |
| | | 601 N.W. Loop 410 |
| | | Suite 600 |
| | | San Antonio, TX 78216 |
| | | (210) 384-7030 |
| | | Fax: 210 384-7031 |
| | | Email: Joseph.Gay@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 02/22/2020 | | Arrest of Angelina Leatherwood, Adrian Hunt, Eustacio Lerma (ms2) [7:20-mj-00083-RCG] (Entered: 02/27/2020) |
| 02/24/2020 | 1 (p.6) | COMPLAINT Signed by Judge Ronald C. Griffin as to Angelina Leatherwood, Adrian Hunt, Eustacio Lerma. (ms2) [7:20-mj-00083-RCG] (Entered: 02/27/2020) |
| 02/26/2020 | 2 | Minute Entry for proceedings held before Judge Ronald C. Griffin:Initial Appearance as to Angelina Leatherwood, Adrian Hunt, Eustacio Lerma held on 2/26/2020 (Minute entry documents are not available electronically.) (Court Reporter Digital.) (ms2) [7:20-mj-00083-RCG] (Entered: 02/27/2020) |
| 02/26/2020 | 3 (p.9) | ORDER APPOINTING COUNSEL. ALLEN STRODER appointed as to Angelina Leatherwood. Signed by Judge Ronald C. Griffin. (ms2) [7:20-mj-00083-RCG] (Entered: 02/27/2020) |
| 02/26/2020 | 4 (p.10) | |

| | | |
|---|---|---|
| | | MOTION to Detain Defendant without Bond by Angelina Leatherwood. (ms2) [7:20-mj-00083-RCG] (Entered: 02/27/2020) |
| 02/26/2020 | 5 (p.11) | ORDER as to Angelina Leatherwood, ( Detention Hearing set for 3/9/2020 02:00 PM before Judge Ronald C. Griffin,, Preliminary Hearing set for 3/9/2020 02:00 PM before Judge Ronald C. Griffin,). Signed by Judge Ronald C. Griffin. (ms2) [7:20-mj-00083-RCG] (Entered: 02/27/2020) |
| 02/26/2020 | 6 | CJA 23 Financial Affidavit by Angelina Leatherwood (SEALED pursuant to E-Government Act of 2002). (ms2) [7:20-mj-00083-RCG] (Entered: 02/27/2020) |
| 03/09/2020 | 17 | Minute Entry for proceedings held before Judge Ronald C. Griffin:Preliminary Hearing as to Angelina Leatherwood, Adrian Hunt held on 3/9/2020 (Minute entry documents are not available electronically.) (Court Reporter Digital.) (ms2) [7:20-mj-00083-RCG] (Entered: 03/16/2020) |
| 03/09/2020 | 18 | Minute Entry for proceedings held before Judge Ronald C. Griffin:Detention Hearing as to Angelina Leatherwood, Adrian Hunt held on 3/9/2020 (Minute entry documents are not available electronically.) (Court Reporter Digital.) (ms2) [7:20-mj-00083-RCG] (Entered: 03/16/2020) |
| 03/09/2020 | 19 (p.13) | WITNESS LIST by USA as to Angelina Leatherwood, Adrian Hunt (ms2) [7:20-mj-00083-RCG] (Entered: 03/16/2020) |
| 03/09/2020 | 20 (p.14) | EXHIBIT LIST as to Angelina Leatherwood, Adrian Hunt (ms2) [7:20-mj-00083-RCG] (Entered: 03/16/2020) |
| 03/09/2020 | 21 (p.15) | ORDER GRANTING MOTION TO DETAIN WITHOUT BOND as to Angelina Leatherwood, Adrian Hunt: 8 MOTION to Detain Defendant without Bond filed by Adrian Hunt, 4 (p.10) MOTION to Detain Defendant without Bond filed by Angelina Leatherwood.. Signed by Judge Ronald C. Griffin. (ms2) [7:20-mj-00083-RCG] (Entered: 03/16/2020) |
| 04/10/2020 | 23 (p.23) | Unopposed MOTION to Extend Time *to Indict* by USA as to Angelina Leatherwood. (Harwood, James) [7:20-mj-00083-RCG] (Entered: 04/10/2020) |
| 07/16/2020 | 25 (p.28) | ORDER Setting Plea to Information as to Angelina Leatherwood Plea to Information set for 7/20/2020 01:30 PM before Judge Ronald C. Griffin,. Signed by Judge Ronald C. Griffin. (ms2) [7:20-mj-00083-RCG] (Entered: 07/16/2020) |
| 07/20/2020 | 26 (p.29) | INFORMATION as to Angelina Leatherwood (1) count(s) 1. (se) (Entered: 07/21/2020) |
| 07/20/2020 | 27 | Personal Data Sheet (SEALED) as to Angelina Leatherwood. (se) (Entered: 07/21/2020) |
| 07/20/2020 | 28 (p.30) | WAIVER OF INDICTMENT by Angelina Leatherwood signed by Judge Ronald C. Griffin. (se) (Entered: 07/21/2020) |
| 07/20/2020 | 29 (p.31) | Consent to administration of guilty plea and Rule 11 Allocution by a United States Magistrate Judge by Angelina Leatherwood. (se) (Entered: 07/21/2020) |
| 07/20/2020 | 30 | Minute Entry for proceedings held before Judge Ronald C. Griffin:Arraignment as to Angelina Leatherwood (1) Count 1. Plea of guilty entered on 7/20/2020. (Minute entry documents are not available electronically.) Referred to Probation for Pre-Sentence Report as to Angelina Leatherwood. (Court Reporter Digital.) (se) (Entered: 07/21/2020) |

| | | |
|---|---|---|
| 07/20/2020 | 31 (p.81) | PLEA AGREEMENT as to Angelina Leatherwood. (Plea agreement documents are not available electronically.) (se) (Entered: 07/21/2020) |
| 07/20/2020 | 32 (p.91) | Sealed Addendum to Plea Agreement as to Angelina Leatherwood. (se) (Entered: 07/21/2020) |
| 07/20/2020 | 33 (p.32) | FINDINGS OF FACT AND RECOMMENDATION on felony guilty plea before the United States Magistrate Judge as to Angelina Leatherwood. Signed by Judge Ronald C. Griffin. (se) (Entered: 07/21/2020) |
| 07/20/2020 | | All parties shall comply with the Standing Orders for the Midland/Odessa Division. Parties can review the standing orders by clicking the included hyperlink as to Angelina Leatherwood. (se) (Entered: 07/21/2020) |
| 07/27/2020 | 34 (p.34) | PDF with attached Audio File. Audio as Defendant (1) Angelina Leatherwood. Court Date & Time [ 7/20/2020 2:38:13 PM ]. File Size [ 6718 KB ]. Run Time [ 00:14:00 ]. (admin) (Entered: 07/27/2020) |
| 07/27/2020 | 35 (p.35) | ORDER Setting Sentencing as to Angelina Leatherwood; Sentencing set for 10/28/2020 09:30 AM in Midland before Judge David Counts. Signed by Judge David Counts. (bot3) (Entered: 07/27/2020) |
| 08/05/2020 | 36 (p.36) | ORDER accepting re 33 (p.32) Findings of Fact on Plea as to Angelina Leatherwood. Guilty plea accepted. Signed by Judge David Counts. (slt) (Entered: 08/05/2020) |
| 09/08/2020 | 37 (p.99) | INITIAL PRESENCE REPORT as to Angelina Leatherwood by Officer ANGELA LOPEZ. Objections to the PSR must be submitted directly to the Probation Department. Instructions for viewing the report/worksheet are available here. (Document is available only to the attorney of record and AUSA for 14 days. PLEASE PRINT OR SAVE AS SOON AS DOCUMENT IS OPENED.) (Attachments: # 1 (p.6) Certificate of Disclosure)(Galan, Connie) (Entered: 09/08/2020) |
| 10/14/2020 | 38 (p.116) | ADDENDUM (LEATHERWOOD, Angelina) to the Presentence Investigation Report. Instructions for viewing the report/worksheet are available here. (Document is available only to the attorney of record and AUSA for 14 days. PLEASE PRINT OR SAVE AS SOON AS DOCUMENT IS OPENED.) (Attachments: # 1 (p.6) Pre-sentence Investigation Report)(Galan, Connie) (Entered: 10/14/2020) |
| 10/14/2020 | 39 (p.135) | SEALED PRESENCE INVESTIGATION REPORT Filed as to Angelina Leatherwood by Officer ANGELA LOPEZ. (Document available to court only) (Attachments: # 1 (p.6) Addendum, # 2 Sentence Recommendation)(Galan, Connie) (Entered: 10/14/2020) |
| 10/21/2020 | 40 (p.38) | ORDER Resetting Sentencing as to Angelina Leatherwood; Sentencing RESET for 10/26/2020 09:30 AM in Midland before Judge David Counts. Signed by Judge David Counts. (bot1) (Entered: 10/21/2020) |
| 10/26/2020 | 41 | Minute Entry for proceedings held before Judge David Counts:Sentencing held on 10/26/2020 for Angelina Leatherwood (1), Count(s) 1, On October 26, 2020, Defendant was sentenced to 295 months BOP; 5 years supervised release; $0 fine; and $100 special assessment. (Minute entry documents are not available electronically.) (Court Reporter Ann Record.) (slt) (Entered: 10/26/2020) |
| 11/04/2020 | 42 (p.39) | JUDGMENT AND COMMITMENT as to Angelina Leatherwood (1), Count(s) 1, On October 26, 2020, Defendant was sentenced to 295 months BOP; 5 years supervised |

| | | |
|---|---|---|
| | | release; $0 fine; and $100 special assessment.. Signed by Judge David Counts. (bot1) (Entered: 11/04/2020) |
| 11/04/2020 | 43 (p.154) | Sealed Statement of Reasons as to Angelina Leatherwood (SOR documents are not available electronically.) (bot1) (Entered: 11/04/2020) |
| 05/25/2021 | 44 (p.45) | NOTICE OF APPEAL by Angelina Leatherwood Per 5th Circuit rules, the appellant has 14 days, from the filing of the Notice of Appeal, to order the transcript. To order a transcript, the appellant should fill out a Transcript Order and follow the instructions set out on the form. If the appellant has a court appointed attorney under CJA, the CJA 24 vouchers must be completed in the E-voucher system. (se) (Entered: 05/25/2021) |
| 06/29/2021 | 45 (p.47) | TRANSCRIPT REQUEST by Angelina Leatherwood for dates of 10/26/2020 before Judge David Counts,. Proceedings Transcribed: Sentencing. Court Reporter: Ann Record. re 44 (p.45) Notice of Appeal - Final Judgment,, (Stroder, Allen) (Entered: 06/29/2021) |
| 06/29/2021 | 46 (p.48) | TRANSCRIPT REQUEST by Angelina Leatherwood for dates of 7/20/20 before Judge Magistrate judge Griffin,. Proceedings Transcribed: Reaaraignment plea. Court Reporter: Lilly Reznik. re 44 (p.45) Notice of Appeal - Final Judgment,, (Stroder, Allen) (Entered: 06/29/2021) |
| 07/22/2021 | 47 (p.68) | TRANSCRIPT filed of Proceedings as to Angelina Leatherwood held on 10/26/2020 Proceedings Transcribed: Sentencing. Court Reporter/Transcriber Ann Record, Telephone number 432-688-4371. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 8/12/2021, Redacted Transcript Deadline set for 8/23/2021, Release of Transcript Restriction set for 10/20/2021, Appeal Record due by 8/6/2021, (Record, Ann) (Entered: 07/22/2021) |
| 08/07/2021 | 48 (p.49) | TRANSCRIPT filed of Proceedings as to Angelina Leatherwood held on July 20, 2020 Proceedings Transcribed: Arraignment/Plea. Court Reporter/Transcriber Lily I. Reznik, Telephone number 512-391-8792. Parties are notified of their duty to review the transcript to ensure compliance with the FRCP 5.2(a)/FRCrP 49.1(a). A copy may be purchased from the court reporter or viewed at the clerk's office public terminal. If redaction is necessary, a Notice of Redaction Request must be filed within 21 days. If no such Notice is filed, the transcript will be made available via PACER without redaction after 90 calendar days. The clerk will mail a copy of this notice to parties not electronically noticed. Redaction Request due 8/30/2021, Redacted Transcript Deadline set for 9/7/2021, Release of Transcript Restriction set for 11/5/2021, Appeal Record due by 8/23/2021, (lr) (Entered: 08/07/2021) |

# TAB 2

In The United States District Court
For The Western District of Texas

**FILED**

MAY 25 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

United States of America
~~Plai~~ntiff

7: 20-CR-115-DC

Case No. 46832-480

Notice of Appeal

~~Leatherwood~~

~~De~~fendant, Angelina Leatherwood, Pro
~~se~~ Gives Notice of Appeal From the
~~Conviction~~ And Sentence Imposed By This Court on
October 26, 2020.

Respectfully Submitted This ~~First~~ Twenth Day
Of May, 2021

Angelina Leatherwood

~~Copy~~ mailed this first Day of
May 20, 2021 to The following

Midland Federal Court 5th district
George H.W. Bush United States
Court house and George Mahon fed
100 Est Wall St
Midland TX 79701

BIRMINGHAM AL 350

21 MAY 2021 PM 3 L

...IC ML 35442

RECEIVED

MAY 2 5 2021

CLERK, U.S. DISTRICT
WESTERN DISTRICT TEXAS
BY_____ DEPUTY

RECEIVED
UNSEALED

Midland Federal Court 5th district
George H.W. Bush United States
Courthouse and George Mahon Fed
100 E st Wall st
Midland TX 79701

79701-527599

TAB 3

FILED

JUL 2 0 2020

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>**Plaintiff,**<br><br>V.<br><br>**1. ANGELINA LEATHERWOOD,**<br>**Defendant.** | **CRIMINAL NO.**<br>**INFORMATION** 7:20-CR-115<br><br>**[Vio: 21 U.S.C. § 846 - Conspiracy;**<br>**21 U.S.C. § 841(a)(1) -**<br>**Possession With Intent to**<br>**Distribute a Controlled**<br>**Substance]** |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### [21 U.S.C. § 846]

Beginning on or about February 1, 2020, and continuing until on or about February 22, 2020, in the Western District of Texas and elsewhere, the Defendants,

**1. ANGELINA LEATHERWOOD,**
**2. ADRIAN HUNT (charged elsewhere), AND**
**3. EUSTACIO STEVE LERMA (charged elsewhere),**

did combine, conspire, confederate and agree together, with each other, and with others known and unknown to the Grand Jury to possess with intent to distribute and distribute a controlled substance, which offense involved 50 grams or more of actual methamphetamine, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), all in violation of Title 21, United States Code, Section 846.

JOHN F. BASH
UNITED STATES ATTORNEY

GLENN HARWOOD
Assistant United States Attorney

TAB 4

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
##### MIDLAND-ODESSA DIVISION

UNITED STATES OF AMERICA

v.

**ANGELINA LEATHERWOOD**
Alias(es):
**AKA** Angelina Maria Salazar,; **AKA** Angelina C Salazar,;
**AKA** Angelina Lisa Leatherwood,; **AKA** Angelina C
Leatherwood,; **AKA** Angie  Leatherwood,; **AKA** Angelina
Maria Leatherwood,;
    Defendant.

Case Number:  7:20-CR-00115(1) DC
USM Number:  46832-480

## JUDGMENT IN A CRIMINAL CASE
#### (For Offenses Committed On or After November 1, 1987)

The defendant, Angelina  Leatherwood, was represented by Allen R. Stroder.

The defendant pled guilty to Count(s) 1, of the Information on July 20, 2020.  Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count(s) |
|---|---|---|---|
| 21 U.S.C. § 846,<br>21 U.S.C. § 841(b)(1)(A),<br>21 U.S.C. § 841(a)(1) | Conspiracy to Possess With Intent to Distribute 50 Grams or More of Actual Methamphetamine | February 22, 2020 | 1 |

As pronounced on October 26, 2020, the defendant is sentenced as provided in pages 2 through 6 of this Judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this 4th day of November, 2020.

_____
David Counts
United States District Judge

DEFENDANT: ANGELINA LEATHERWOOD
CASE NUMBER: 7:20-CR-00115(1) DC

# IMPRISONMENT

      The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of **Two Hundred Ninety-Five (295) months** with credit for time served while in custody for this federal offense pursuant to 18 U.S.C. § 3585(b).

      The Court makes the following recommendations to the Bureau of Prisons:

      That if eligible, the defendant participate in the 500 Hour Intensive Drug Abuse Education Program.

      That the defendant be incarcerated in a federal facility outside of Texas if possible.

      The defendant shall remain in custody pending service of sentence.

# RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

    Defendant delivered on _____ to _____
at _____ with a certified copy of the Judgment.

_____
United States Marshal

DEFENDANT:            ANGELINA LEATHERWOOD
CASE NUMBER:          7:20-CR-00115(1) DC

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **Five (5) years**.

While on supervised release, the defendant shall comply with the mandatory, standard and if applicable, the special conditions that have been adopted by this Court and shall comply with the following additional conditions:

21-50462.41

DEFENDANT:      ANGELINA LEATHERWOOD
CASE NUMBER:   7:20-CR-00115(1) DC

# CONDITIONS OF SUPERVISED RELEASE
### (As Amended November 28, 2016)

It is ORDERED that the Conditions of Probation and Supervised Release applicable to each defendant committed to probation or supervised release in any division of the Western District of Texas, are adopted as follows:

Mandatory Conditions:

[1]    The defendant shall not commit another federal, state, or local crime during the term of supervision.

[2]    The defendant shall not unlawfully possess a controlled substance.

[3]    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic drug tests thereafter (as determined by the court), but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.

[4]    The defendant shall cooperate in the collection of DNA as instructed by the probation officer, if the collection of such a sample is authorized pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000 (42 U.S.C. § 14135a).

[5]    If applicable, the defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et. seq.) as instructed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which the defendant resides, works, is a student, or was convicted of a qualifying offense.

[6]    If convicted of a domestic violence crime as defined in 18 U.S.C. § 3561(b), the defendant shall participate in an approved program for domestic violence.

[7]    If the judgment imposes a fine or restitution, it is a condition of supervision that the defendant pay in accordance with the Schedule of Payments sheet of the judgment.

[8]    The defendant shall pay the assessment imposed in accordance with 18 U.S.C. § 3013.

[9]    The defendant shall notify the court of any material change in the defendant's economic circumstances that might affect the defendant's ability to pay restitution, fines or special assessments.

Standard Conditions:

[1]    The defendant shall report to the probation office in the federal judicial district where he or she is authorized to reside within 72 hours of release from imprisonment, unless the probation officer instructs the defendant to report to a different probation office or within a different time frame.

[2]    After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when to report to the probation officer, and the defendant shall report to the probation officer as instructed.

[3]    The defendant shall not knowingly leave the federal judicial district where he or she is authorized to reside without first getting permission from the court or the probation officer.

[4]    The defendant shall answer truthfully the questions asked by the probation officer.

DEFENDANT: ANGELINA LEATHERWOOD
CASE NUMBER: 7:20-CR-00115(1) DC

[5]   The defendant shall live at a place approved by the probation officer. If the defendant plans to change where he or she lives or anything about his or her living arrangements (such as the people the defendant lives with), the defendant shall notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant shall notify the probation officer within 72 hours of becoming aware of a change or expected change

[6]   The defendant shall allow the probation officer to visit the defendant at any time at his or her home or elsewhere, and the defendant shall permit the probation officer to take any items prohibited by the conditions of the defendant's supervision that are observed in plain view.

[7]   The defendant shall work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses the defendant from doing so.  If the defendant does not have full-time employment, he or she shall try to find full-time employment, unless the probation officer excuses the defendant from doing so.  If the defendant plans to change where the defendant works or anything about his or her work (such as the position or job responsibilities), the defendant shall notify the probation officer at least 10 days before the change.  If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, the defendant shall notify the probation officer within 72 hours of becoming aware of a change or expected change.

[8]   The defendant shall not communicate or interact with someone the defendant knows is engaged in criminal activity. If the defendant knows someone has been convicted of a felony, the defendant shall not knowingly communicate or interact with that person without first getting the permission of the probation officer.

[9]   If the defendant is arrested or questioned by a law enforcement officer, the defendant shall notify the probation officer within 72 hours.

[10]   The defendant shall not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified, for the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

[11]   The defendant shall not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

[12]   If the probation officer determines that the defendant poses a risk to another person (including an organization), the probation officer may require the defendant to notify the person about the risk and the defendant shall comply with that instruction.  The probation officer may contact the person and confirm that the defendant has notified the person about the risk.

[13]   The defendant shall follow the instructions of the probation officer related to the conditions of supervision.

[14]   If the judgment imposes other criminal monetary penalties, it is a condition of supervision that the defendant pay such penalties in accordance with the Schedule of Payments sheet of the judgment.

[15]   If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall provide the probation officer access to any requested financial information.

[16]   If the judgment imposes a fine, special assessment, restitution, or other criminal monetary penalties, it is a condition of supervision that the defendant shall not incur any new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the payment schedule.

[17]   If the defendant is excluded, deported, or removed upon release on probation or supervised release, the term of supervision shall be a non-reporting term of probation or supervised release. The defendant shall not illegally re-enter the United States. If the defendant is released from confinement or not deported, or lawfully re-enters the United States during the term of probation or supervised release, the defendant shall immediately report in person to the nearest U.S. Probation Office.

DEFENDANT:     ANGELINA LEATHERWOOD
CASE NUMBER:    7:20-CR-00115(1) DC

# CRIMINAL MONETARY PENALTIES/ SCHEDULE

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth.  Unless the Court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  Criminal Monetary Penalties, except those payments made through Federal Bureau of Prisons' Inmate Financial Responsibility Program shall be paid through the Clerk, United States District Court, 200 E. Wall St. Room 222, Midland, TX 79701.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTAL: | $100.00 | $0.00 | $0.00 | $0.00 | $0.00 |

### Special Assessment

It is ordered that the defendant shall pay to the United States a special assessment of **$100.00**.

### Fine

The fine is waived because of the defendant's inability to pay.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column above.  However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

If the fine is not paid, the court may sentence the defendant to any sentence which might have been originally imposed. See 18 U.S.C. §3614.

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. §3612(f).  All payment options may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA Assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

*  Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

21-50462.44

# TAB 5

# CERTIFICATE OF SERVICE

I, ALLEN R. STRODER, I hereby certify that on the 27th day of September 2021, I electronically filed Record Excerpts with the Clerk of Court using the CM /ECF system which will send notification of such filing to the following:

Mr. Joseph H. Gay
Assistant United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216.

I have also sent a copy of the foregoing via United States mail, postage prepaid, to:

Defendant/Appellant
Angelina Leatherwood 46832-480
FCI Aliceville
Federal Correctional Institution
P.O. Box 4000
Aliceville, AL  35442

/s/ Allen R. Stroder
Allen R. Stroder